| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) MCNAMEE, STEPHEN M. | 2. Court or Organization US DISTRICT COURT OF ARIZONA | 3. Date of Report 07/26/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US DISTRICT JUDGE SENIOR STATUS - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

SANDRA DAY O'CONNOR US COURTS
401 WEST WASHINGTON STREET SPC 60
PHOENIX AZ 85003-2158

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | UNIVERSITY OF ARIZONA COLLEGE OF LAW BOARD OF VISITORS |
| 2. | MEMBER | UNIVERSITY OF ARIZONA LAW COLLEGE ASSOCIATION - BOARD OF DIRECTORS |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/26/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/26/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Michael Bidwill/AZ Cardinals (no litigation) | 2 box seat tickets to Cardinals football game - 2 of many guests invited | $1,600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MERRILL LYNCH JOINT MASTER ACCOUNT | A | Int./Div. | J | T | | | | | |
| 2. IBM COMMON STOCK (IBM) | A | Dividend | J | T | | | | | |
| 3. INTERNATIONAL RECTIFIER COMMON STOCK | | None | J | T | | | | | |
| 4. FAIRFIELD ESTATES FLAGSTAFF AZ | | None | J | W | | | | | |
| 5. MARRIOTT CANYON VILLAS | | None | J | W | | | | | |
| 6. WELLS FARGO CKG | A | Interest | J | T | | | | | |
| 7. US BANK CKG #1 | A | Interest | J | T | | | | | |
| 8. US BANK SVGS | A | Interest | J | T | | | | | |
| 9. IRA - US BANK PHOENIX AZ - CD #1 | A | Interest | | | Closed | 08/06/18 | J | | |
| 10. MERRILL LYNCH - IRA #1 (H) | | | | | | | | | |
| 11. - BANK OF AMERICA, NA - CASH EQUIVALENT | A | Interest | J | T | | | | | |
| 12. - AMER FUNDS AMERICAN HIGH INCOME TRUST FD CL F2 (AHIFX) | A | Dividend | J | T | | | | | |
| 13. - ISHARES AGENCY BOND FD (AGZ) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | A | |
| 14. - SPDR BLOOMBERG BARCLAYS 1-10 YEAR TIPS ETF (TIPX) | A | Dividend | J | T | | | | | |
| 15. -ISHARES S-T CORP BD (IGSB) (FORMERLY ISHARES 1-3 YR CREDIT BD (CSJ)) | A | Dividend | J | T | | | | | |
| 16. MERRILL LYNCH - IRA #2 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. - BANK OF AMERICA, NA - CASH EQUIVALENT | A | Interest | J | T | | | | | |
| 18. - VANGUARD MID-CAP VAL IDX (VOE) | A | Dividend | J | T | Sold (part) | 02/06/18 | J | A | |
| 19. - VANGUARD SMALL CAP PER (VB) | A | Dividend | J | T | | | | | |
| 20. - INVESCO AERO & DEF (FORMERLY, POWERSHARES ETF TR AERO & DEF) (PPA) | A | Dividend | J | T | Sold (part) | 02/06/18 | J | A | |
| 21. - INVESCO DYN SEMI COND (FORMERLY,POWERSHARES ETF DYN SEMICNDTR) (PSI) | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 22. -INVESCO DYN SFTWRE (FORMERLY, POWERSHARES DYN SOFTWARE PORT) (PSJ) | | None | K | T | Buy (add'l) | 02/06/18 | J | | |
| 23. - INVESCO NASDAQ INTERNET (FORMERLY, POWERSHARES NASDAQ INT) (PNQI) | | None | J | T | Sold (part) | 02/06/18 | J | A | |
| 24. - INVESCO DYN BLDG (FORMERLY, POWERSHARES ETF DYN BUILDING) (PKB) | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 25. - INVESCO KBW PERS & CAS (FORMERLY, PWRSHARES KBW PROP & CAS (KBWP) | A | Dividend | K | T | Buy (add'l) | 02/06/18 | J | | |
| 26. -VANGUARD TELECOMM SRVCS (VOX) | | None | | | Sold | 02/06/18 | K | A | |
| 27. -ISHARES NASDAQ BIOTECH (IBB) | | None | | | Sold | 02/06/18 | K | C | |
| 28. -INVESCO DYN PHARM (FORMERLY, PWRSHARES ETF TR DYNAMIC PHARMACY) (PJP) | A | Dividend | K | T | Sold (part) | 02/06/18 | J | A | |
| 29. -VANGUARD REIT ETF (VNQ) | | None | | | Sold | 02/06/18 | K | A | |
| 30. -ISHARES MORTGAGE R/E CAPPED (REM) | B | Dividend | K | T | Sold (part) | 02/06/18 | J | A | |
| 31. -WISDOMTREE TRUST JAPAN HEDGED (DXJ) | A | Dividend | J | T | Sold (part) | 02/06/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 32.  -INVESCO DWA HLTHCARE (FORMERLY, PWRSHARES DWA HLTHCRE MOMENTUM) (PTH) | | None | K | T | Sold (part) | 02/06/18 | J | A | |
| 33.  -ISHARES MSCI EUROZONE (EZU) | A | Dividend | J | T | Sold (part) | 02/06/18 | J | A | |
| 34.  -ISHARES INC CORE MSCI EMERGING MKTS (IEMG) | A | Dividend | J | T | Sold (part) | 02/06/18 | J | A | |
| 35.  -ISHARES TR CORE MSCI EAF ETF (IEFA) | A | Dividend | J | T | Sold (part) | 02/06/18 | J | A | |
| 36.  -FIRST TR NYSE ARCA BIOTECH (FBT) | | None | K | T | Buy | 02/06/18 | K | | |
| 37.  -FIRST TRUST CHINDIA (FNI) | A | Dividend | J | T | Buy | 02/06/18 | K | | |
| 38.  -FIRST TR MATERIALS ALPHADEX FUND (FXZ) | A | Dividend | J | T | Buy | 02/06/18 | K | | |
| 39.  -SPDR US FINANCIAL SECTOR (XLF) | A | Dividend | K | T | Buy | 02/06/18 | K | | |
| 40.  MERRILL LYNCH - IRRA #1 (H) | | | | | | | | | |
| 41.  -BANK OF AMERICA, NA - CASH EQUIVALENT | A | Interest | K | T | | | | | |
| 42.  - EATON VANCE FLOATING RATE FUND (EIBLX) | A | Dividend | J | T | | | | | |
| 43.  - ISHARES AGENCY BOND FUND (AGZ) | A | Dividend | K | T | | | | | |
| 44.  - SPDR BLOOMBERG BARCLAYS 1-10 YEAR TIPS ETF (TIPX) | A | Dividend | J | T | | | | | |
| 45.  - ALPS ALERIAN MLP ETF (AMLP) | B | Dividend | K | T | | | | | |
| 46.  - ISHARES 1-3 YEAR CREDIT BOND ETF (CSJ) | A | Dividend | J | T | | | | | |
| 47.  - SPDR BLOOMBERG BARCLAYS CONVERTIBLE (CWB) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 48. -VANGUARD TOTAL STK MKT (VTI) | B | Dividend | L | T | | | | | |
| 49. -VANGUARD REIT ETF (VNQ) | B | Dividend | K | T | | | | | |
| 50. -VANGUARD FTSE ALL WORLD (VEU) | A | Dividend | K | T | | | | | |
| 51. -VANGUARD TOTAL BOND MKT (BND) | A | Dividend | K | T | | | | | |
| 52. -INVESCO PREFERRED ETF (FORMERLY, POWERSHARES PREFERRED) (PGX) | B | Dividend | K | T | | | | | |
| 53. -VANGUARD TOTAL INTERNATL (BNDX) | A | Dividend | K | T | | | | | |
| 54. -ISHARES SHORT MATURITY (NEAR) | A | Dividend | K | T | | | | | |
| 55. -SECTOR SPDR UTILITIES (XLU) | A | Dividend | K | T | | | | | |
| 56. -ISHARES MSCI EUROZONE (EZU) | A | Dividend | J | T | | | | | |
| 57. -ISHARES INC CORE MSCI EMERGING MKTS (IEMG) | A | Dividend | J | T | | | | | |
| 58. MERRILL LYNCH - IRRA #2 (H) | | | | | | | | | |
| 59. - BANK OF AMERICA, NA - CASH EQUIVALENT | A | Interest | J | T | | | | | |
| 60. MERRILL LYNCH - IRA #3 (H) | | | | | | | | | |
| 61. -BANK OF AMERICA, NA - CASH EQUIVALENT | A | Interest | L | T | | | | | |
| 62. -CD DISCOVER BANK GREENWOOD, DE 1.65% 7/12/19 (CUSIP 2546725R5) | A | Interest | K | T | | | | | |
| 63. -CD ALLY BANK MIDVALE, UT 1.55% 1/14/19 (CUSIP 02006L4C4) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 64. -CD BANK OF INDIA NEW YORK, NY 1.5% 7/11/18 (CUSIP 06279HQ63) | A | Interest | | | Matured | 07/11/18 | K | A | |
| 65. -CD STATE BANK OF INDIA NEW YORK, NY 1.3% 1/18/18 (CUSIP 856285DA6) | A | Interest | | | Matured | 01/18/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 07/26/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A JUDGEMENT IN FAVOR OF THE MCNAMEE'S DATED APRIL 27, 2012 WAS PAID FEBRUARY 20, 2018. THE PAYMENT CONSISTED OF PRINCIPAL SUM, ATTORNEY FEES AND COSTS - $2,533.84; ACCRUED INTEREST - $1,897.84 FOR A TOTAL OF $4,431.68

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN M. MCNAMEE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544